UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
CASE NO.: 11-4333

William J. Courtney, Esq. – New Jersey Attorney ID #016161986
**LAW OFFICES OF WILLIAM J. COURTNEY, L.L.C.**
200 Main Street
P.O. Box 112
Flemington, New Jersey 08822
(908) 782-5900 (tel)
(908) 782-7001 (fax)
*Attorneys for Plaintiffs*

| Russell P. Swiatek, George Munley, and Marvin Barnett<br><br>*Plaintiffs*,<br><br>v.<br><br>Bemis Company, Inc. et al.,<br><br>*Defendants*. | United States Court of Appeals<br>For the Third Circuit<br><br>Case No.: 11-4333<br><br>**FORM OF ORDER** |
|---|---|

**THIS MATTER**, having come before the Court (The Honorable Rendell, Jordan and Greenaway, Jr.) upon Motion for Extended Time to File Application for Attorneys Fees and Costs, pursuant to ___; and the Court having considered the arguments and papers in support of the Motion, and good cause having been shown thereof;

**IT IS ON THIS** _____ **DAY OF** _____ **ORDERED THAT:**

**ORDERED** that Appellants Application for Attorneys Fess and Costs filed on December 31, 2013, be and hereby is deemed FILED nunc pro tunc.

_____
Clerk, U.S. Court of Appeals for the Third Circuit